IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA ANN THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-6439 |
| | : | |
| CAROLYN W. COLVIN,[1] | : | |
| *Acting Commissioner of Social Security* | : | |

**ORDER**

AND NOW, this 30th day of May, 2014, upon consideration of Plaintiff Laura Ann Thomas's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Thomas's reply, after careful and independent review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, Thomas's objections thereto, and the Commissioner's response, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Thomas's objections (Document 14) are OVERRULED;

2. The Report and Recommendation (Document 13) is APPROVED and ADOPTED;

3. Thomas's Request for Review (Document 9) is DENIED;

4. Judgment is entered affirming the decision of the Commissioner of Social Security; and

5. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), Colvin is substituted for Michael J. Astrue as the Defendant in this case.